UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PAOLA JIMENEZ,

                              Plaintiff,

        v.

SUNRISE PHARMACY I, INC. (DBA Queens
Health Pharmacy) ONESTALIO ZUÑIGA and
RUBEN ZUÑIGA

                              Defendant.

**OFFER OF JUDGMENT TO
PAOLA JIMENEZ PURSUANT TO
RULE 68 OF THE FEDERAL RULES
OF CIVIL PROCEDURE**

**1:22-CV-02849**

**To: Stillman Legal PC**
**Lina Stillman**
42 Broadway, 12th Floor
New York, New York 10004
P: 212-203-2417
LS@stillmanlegalpc.com


     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SUNRISE PHARMACY I, INC. (DBA Queens Health Pharmacy) ONESTALIO ZUÑIGA and RUBEN ZUÑIGA ("Defendant") hereby offers to allow judgment to be taken against it, by PAOLA JIMENEZ ("Plaintiff") in the above-captioned action in the total sum of Thirty thousand Dollars and No Cents ($30,000.00), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants SUNRISE PHARMACY I, INC. (DBA Queens Health Pharmacy) ONESTALIO ZUÑIGA and RUBEN ZUÑIGA arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants as to SUNRISE PHARMACY I, INC. (DBA Queens Health Pharmacy) ONESTALIO ZUÑIGA and RUBEN ZUÑIGA in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants SUNRISE PHARMACY I, INC. (DBA Queens Health Pharmacy) ONESTALIO ZUÑIGA and RUBEN ZUÑIGA, that Plaintiff has suffered any damages.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

In the event that Defendants SUNRISE PHARMACY I, INC. (DBA Queens Health Pharmacy) ONESTALIO ZUÑIGA and RUBEN ZUÑIGA are without the assets to immediately pay for this judgment, Plaintiff may submit a claim for this judgment should Defendant's assets be liquidated and distributed during a bankruptcy proceeding.

Dated: February 1, 2023

Respectfully submitted,

**Vishnick McGovern Milizio LLP**

By:  \_/s/ _Avrohom Gefen, Esq_ _____
Avrohom Gefen, Esq.
3000 Marcus Ave., Suite 1E9,
Lake Success, NY 11042
P: 516-437-4385
E: agefen@vmmlegal.com