UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────X

PAOLA JIMENEZ,                                              **JUDGMENT PURSUANT**
                                                            **TO RULE 68**
        Plaintiff,

        -versus-                                        1:22-CV-02849

SUNRISE PHARMACY I, INC. (DBA Queens
Health Pharmacy) ONESTALIO ZUÑIGA and
RUBEN ZUÑIGA

        Defendants.
──────────────────────────────────x

**WHEREAS,** on May 16, 2022 Plaintiff Jimenez filed this action alleging violations of the Fair Labor Standards Act.

**WHEREAS,** on February 2, 2023 pursuant to Fed. R. Civ. P. 68, the defendants served on the plaintiffs an Offer of Judgment in favor of Plaintiff Jimenez and

**WHEREAS,** on February 15, 2023 Plaintiff Jimenez accepted defendants' offer

**NOW, THEREFORE, IT IS HEREBY ORDERED and ADJUDGED THAT:**

1. Defendants shall pay Plaintiff Jimenez the total sum of Thirty Thousand Dollars ($30,000), pursuant to the Rule 68 Offer of Judgment inclusive of attorney's fees.

2. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff Jimenez may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of Defendants or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

      3.      The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any defendant, or an official, employee, or agent of the Defendants, or any agency thereof; nor is it an admission that Plaintiff Jimenez has suffered any damages.

      4.      Acceptance of the offer of judgment has acted to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the Defendants, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Jimenez in the above-referenced action. Acceptance of the offer of judgment has waived Plaintiff Jimenez's rights to any claim for interest on the amount of the judgment.

Dated: Brooklyn, New York

      February 17, 2023

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
     Deputy Clerk