UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PAOLA JIMENEZ,

                    *Plaintiffs*,

-against-

SUNRISE PHARMACY I, INC. (DBA Queens Health Pharmacy) ONESTALIO ZUÑIGA and RUBEN ZUÑIGA

                    *Defendants*.
----------------------------------------------------------------X

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above-entitled action on February 17, 2023 in favor of Plaintiff PAOLA JIMENEZ against Defendants SUNRISE PHARMACY I, INC. (DBA Queens Health Pharmacy) ONESTALIO ZUÑIGA and RUBEN ZUÑIGA in the amount of $30,000 favor of Plaintiff JIMENEZ, and said judgment having been fully paid,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction on the docket of said judgment satisfaction of judgment.

Dated: New York, New York
      March 6, 2023

                    _____/s/_____
                    LINA STILLMAN
                    STILLMAN LEGAL PC
                    42 Broadway, 12th Floor
                    New York, New York 100004
                    Phone: 212-832-1000
                    E-mail: LS@StillmanLegalPC.com
                    *Attorneys for Plaintiffs*